# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LAUREN BRUSATI,<br><br>    Plaintiff,<br><br> v.<br><br>MONTANA FEDERAL CREDIT UNION,<br><br>    Defendant. | CV-25-32-GF-BMM<br><br><br><br>ORDER |

Defendant Montana Federal Credit Union ("MFCU") filed a motion to dismiss Plaintiff Lauren Brusati's ("Brusati") complaint. (Doc. 13.) Brusati filed an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B). (Doc. 21.) MFCU motion to dismiss is now moot. MFCU may file a renewed motion to dismiss based on the amended complaint.

## ORDER

**IT IS ORDERED**:

1. MFCU's motion to dismiss is **DENIED** as moot.
2. MFCU may file a renewed motion to dismiss.

1

3. The hearing scheduled for July 14, 2025 is **VACATED**.

**DATED** this 8th day of July, 2025.

Brian Morris, Chief District Judge
United States District Court