John M. Fitzpatrick, Esq.
**TOWE & FITZPATRICK, PLLC**
619 S. W. Higgins, Suite O
Missoula, MT 59806
Telephone: (406) 829-1669
Facsimile: (406) 493-0538
jfitz@towefitzlaw.com

*Counsel for Plaintiff*

Nathan A. Huey (MT Bar # 27181867)
**GORDON REES SCULLY MANSUKHANI, LLP**
283 West Front Street, Suite 003
Missoula, MT 59802
Tel: (406) 218-4076
nhuey@grsm.com

*Attorney for Defendant Montana Federal Credit Union*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| LAUREN BRUSATI, on behalf of herself all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONTANA FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 4:25-cv-00032-BMM<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

COME NOW Plaintiff Lauren Brusati ("Plaintiff") and Defendant Montana

Federal Credit Union ("Defendant"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

hereby stipulate and agree to the voluntary dismissal of Plaintiff's above captioned

lawsuit with prejudice as to Plaintiff's individual claims, and without prejudice as to

the claims of the putative class.

Dated: March 6, 2026                                    Respectfully submitted,

By:*/s/ John M.Fitzpatrick*                     By: */s/ Nathan A. Huey*
John M. Fitzpatrick, Esq.                        Nathan A. Huey (MT Bar # 27181867)
**TOWE & FITZPATRICK, PLLC**          **GORDON REES SCULLY**
619 S. W. Higgins, Suite O                      **MANSUKHANI, LLP**
Missoula, MT 59806                               283 West Front Street, Suite 003
Telephone: (406) 829-1669                     Missoula, MT 59802
Facsimile: (406) 493-0538                      Tel: (406) 218-4076
jfitz@towefitzlaw.com                            nhuey@grsm.com

*Counsel for Plaintiff*                            *Attorney for Defendant,*
                                                             *Montana Federal Credit Union*